UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KAREN M. MANICKE, ) | NO. CV-07-0021-AMJ |
| ) | |
| ) | ORDER ADOPTING REPORT |
| Plaintiff, ) | AND RECOMMENDATION |
| ) | |
| vs. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**BEFORE THE COURT** for resolution is the Report and Recommendation entered on August 13, 2007 **(Ct. Rec. 18)**, recommending that Defendant's Motion for Summary Judgment **(Ct. Rec. 14)** be **granted** and Plaintiff's Motion for Summary Judgment **(Ct. Rec. 11)** be **denied**. Plaintiff filed timely filed objections on August 21, 2007. **(Ct. Rec. 19)** Having reviewed the report and recommendation, as well as Plaintiff's objections thereto, the court adopts the magistrate judge's report and recommendation in its entirety.

**IT IS HEREBY ORDERED** that the Report and Recommendation **(Ct. Rec. 18)** to grant Defendant's Motion for Summary Judgment and deny Plaintiff's Motion for Summary Judgment is **ADOPTED in its entirety**. The Commissioner's decision to deny Plaintiff disability benefits is **Affirmed**.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and an Order of Judgment, forward copies to counsel, and close the file.

DATED this 10th day of September, 2007.

 s/ Fred Van Sickle
 FRED VAN SICKLE
 UNITED STATES DISTRICT JUDGE